GARY L. JOHNSON [4353]
TYLER A. DEVER [15584]
RICHARDS BRANDT MILLER NELSON
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
E-Mail:  gary-johnson@rbmn.com
         tyler-dever@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

ANTHONY PISCIOTTI
DANNY LALLIS
CLIFFORD LANEY
PISCIOTTI MALSCH, PC
30 Columbia Turnpike, Ste. 205
Florham Park, NJ  07932
E-Mail:  apisciotti@pmlegalfirm.com
         dlallis@pmlegalfirm.com
         claney@pmlegalfirm.com
Telephone: (973) 245-8100
Fax No.:  (973) 245-8101

*Attorneys for Thompson/Center Arms, Inc.,
  Smith & Wesson Corp. and Smith & Wesson Holding Company*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S WHOLESALE, L.L.C.; and DOES I-X,<br><br>    Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. 4:18-cv-00040-DN-DBP<br><br>Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Smith & Wesson Holding Company, n/k/a American Outdoor Brands Corporation, a publicly traded Nevada corporation, non-governmental party, states that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    a.    None

DATED this 9TH day of October, 2018.

RICHARDS BRANDT MILLER NELSON

    /s/ Gary L. Johnson
Gary L. Johnson
Tyler A. Dever
*Attorneys for Thompson/Center Arms, Inc.,*
 *Smith & Wesson Corp. and*
 *Smith & Wesson Holding Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Joseph Steele
>Brian Stewart
>SIEGFRIED & JENSEN
>5664 South Green Street
>Salt Lake City, UT 84123
>*Attorneys for Plaintiff*
>
>David A. Cutt
>EISENBERG GILCHRIST & CUTT
>900 Parkside Tower
>215 South State Street
>Salt Lake City, UT 84111
>*Attorneys for Plaintiff Zane Stratton*
>
>Robert L. Janicki
>Lance H. Locke
>STRONG & HANNI
>9350 South 150 East, Ste. 820
>Sandy, UT 84070
>*Attorneys for Cabela's Wholesale, LLC*
>
>Barry B. Sutton
>Ellisse S. Thompson
>Bishop A.L.E. Bartoni
>CLARK HILL PLC
>151 S. Old Woodward Avenue, Ste. 200
>Birmingham, MI 48009
>*Attorneys for Cabela's Wholesale, LLC*

                                           /s/  Gary L. Johnson

G:\EDSI\DOCS\21826\0001\1847440.DOCX