IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>    Plaintiff,<br>v.<br><br>THOMPSON/CENTER ARMS, INC., SMITH & WESSON CORP., SMITH & WESSON HOLDING COMPANY, CABELA'S WHOLESALE, LLC. And DOES I-X,<br><br>    Defendants. | **ORDER GRANTING [74] STIPULATED MOTION FOR SECOND AMENDED SCHEDULING ORDER**<br><br>Case No. 4:18-CV-00040<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based upon the parties' Second Stipulated Motion to Amend Scheduling Order (the Motion),[1] and for good cause appearing,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. The scheduling order in this case is amended as follows:

| **FACT DISCOVERY** | **DATE** |
|---|---|
| a.    Close of fact discovery (was 12/30/19) | 02/28/20 |
| **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
| **Disclosures (subject and identity of experts)** | |
| a.    Parties bearing burden of proof: (was 10/31/19) | 12/03/19 |
| b.    Parties not bearing burden of proof: (was 11/30/19) | 01/10/20 |
| c.    Rebuttal disclosures: (was 12/20/19) | 02/07/20 |

---

[1] Stipulated Motion for Amended Scheduling Order, docket no. 74, filed October 3, 2019.

[2] *Id.*

All other dates and deadlines contained in the Order Granting [72] Motion to Amend Scheduling Order dated September 3, 2019 remain unchanged.

Signed November 1, 2019

                                  BY THE COURT

                                  _____
                                  Paul Kohler
                                  United States Magistrate Judge