GARY L. JOHNSON [4353]
TYLER A. DEVER [15584]
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
E-Mail:  gary-johnson@rbmn.com
         tyler-dever@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

ANTHONY PISCIOTTI
DANNY LALLIS
CLIFFORD LANEY
PISCIOTTI MALSCH, PC
30 Columbia Turnpike, Ste. 205
Florham Park, NJ  07932
E-Mail:  apisciotti@pmlegalfirm.com
         dlallis@pmlegalfirm.com
         claney@pmlegalfirm.com
Telephone: (973) 245-8100
Fax No.:  (973) 245-8101

*Attorneys for Thompson/Center Arms, Inc.,
  and Cabela's Wholesale, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S INC., and DOES 1-X,<br><br>    Defendants. | **STIPULATED MOTION OF DISMISSAL**<br><br>Case No.: 4:18-CV-00040-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff ZANE STRATTON and Defendant Cabela's Wholesale, LLC i/p/h/a Cabela's Inc. ("Cabela's"), through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint [Dkt. No. 1] on June 28, 2018, which *inter alia*, asserted claims against Cabela's.

WHEREAS, counsel for Plaintiff and Cabela's have met and conferred and Plaintiff has agreed to dismiss, without prejudice, all of the claims asserted against Cabela's in the complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause of action, through their respective attorneys, that the claims asserted against Cabela's, are hereby dismissed without prejudice.

[SIGNATURES ON SUBSEQUENT PAGE]

Dated this 19th day of November 2019.

/s/ _David A. Cutt (with permission)_____
David A. Cutt [5937]
EISENBERG GILCHRIST & CUTT
900 Park Tower
215 South State Street
Salt Lake City, Utah 8411
Telephone: (801) 366-9100
Facsimile: (801) 350-0065

*Attorneys for Plaintiff*

/s/ _Tyler A. Dever_____
Gary L. Johnson [4353]
Tyler A. Dever [15584]
RICHARDS BRANDT MILLER NELSON
Wells Fargo Center, Fifteenth Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Email: gary-johnson@bgmn.com
	tyler-dever@rbmn.com
Telephone: (801) 531-2000
Facsimile: (801) 532-5506

Anthony M. Pisciotti [*Pro Hac Vice*]
Danny C. Lallis [*Pro Hac Vice*]
Clifford M. Laney [*Pro Hac Vice*]
PISCIOTTI MALSCH.
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Email: apisciotti@pmlegalfirm.com
	dlallis@pmlegalfirm.com
	claney@pmlegalfirm.com
Telephone: (973) 245-8100
Facsimile: (973) 345-8101

*Attorneys for Defendant Cabela's Wholesale, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 19th day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>David A. Cutt
>EISENBERG CUTT KENDELL & OLSON
>900 Parkside Tower
>215 South State Street
>Salt Lake City, UT 84111
>dcutt@eckolaw.com
>mcoles@eckolaw.com
>*Attorneys for Plaintiff Zane Stratton*

                                                           */s/  Tyler A. Dever*

GARY L. JOHNSON [4353]
TYLER A. DEVER [15584]
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah 84110-2465
E-Mail: gary-johnson@rbmn.com
tyler-dever@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

ANTHONY PISCIOTTI
DANNY LALLIS
CLIFFORD LANEY
PISCIOTTI MALSCH, PC
30 Columbia Turnpike, Ste. 205
Florham Park, NJ 07932
E-Mail: apisciotti@pmlegalfirm.com
dlallis@pmlegalfirm.com
claney@pmlegalfirm.com
Telephone: (973) 245-8100
Fax No.: (973) 245-8101

*Attorneys for Thompson/Center Arms, Inc.,
and Cabela's Wholesale, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S WHOLESALE, L.L.C.; and DOES I-X,<br><br>    Defendants. | **ORDER DISMISSING CABELA'S WHOLESALE, LLC**<br><br>Civil No. 4:18-cv-00040-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

2

The Court, having reviewed the Stipulated Motion to Dismiss filed by all parties, and for good cause appearing:

ORDERS Plaintiff's claims and any causes of action filed against Defendant Cabela's Wholesale LLC are hereby dismissed without prejudice, each party to bear its own costs.

DATED this _____ day of _____, 2019.

                                  BY THE COURT:

                                  _____
                                  Honorable David Nuffer
                                  United States District Court Judge

APPROVED AS TO FORM:


   */s/ Tyler A. Dever*
Gary L. Johnson
Tyler A. Dever
RICHARDS BRANDT MILLER NELSON
111 E. Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Email: gary-johnson@rbmn.com
      tyler-dever@rbmn.com
Telephone:   (801) 531-2000
Facsimile:   (801) 532-5506

Anthony M. Pisciotti [*Pro Hac Vice*]
Danny C. Lallis [*Pro Hac Vice*]
Clifford M. Laney [*Pro Hac Vice*]
PISCIOTTI MALSCH.
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Email: apisciotti@pmlegalfirm.com
   dlallis@pmlegalfirm.com
   claney@pmlegalfirm.com
Telephone: (973) 245-8100
Facsimile: (973) 345-8101

*Attorneys for Thompson/Center Arms, Inc., and Cabela's Wholesale, LLC*


   */s/ David A. Cutt (with permission)*
David A. Cutt [5937]
EISENBERG GILCHRIST & CUTT
900 Park Tower
215 South State Street
Salt Lake City, Utah 8411
Telephone: (801) 366-9100
Facsimile: (801) 350-0065
*Attorneys for Plaintiff*


G:\EDSI\DOCS\21826\0001\19V6144.DOCX