IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S WHOLESALE, L.L.C.; and DOES I-X,<br><br>　　　Defendants. | **ORDER DISMISSING CABELA'S WHOLESALE, LLC**<br><br>Civil No. 4:18-cv-00040-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based on the Stipulated Motion of Dismissal ("Motion")[1] filed by Plaintiff Zane Stratton and Defendant Cabela's Wholesale, LLC i/p/h/a Cabela's, Inc., and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's claims and any causes of action filed against Defendant Cabela's Wholesale, LLC, are hereby dismissed without prejudice, each party to bear its own costs.

SIGNED this 20th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 80, filed November 19, 2019.