David A. Cutt (5937)
Margie G. Coles (16356)
CUTT KENDELL & OLSON
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Phone: 801.366.9100
dcutt@ckolaw.com
mcoles@ckolaw.com
*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## STATE OF UTAH

| | |
|---|---|
| ZANE STRATTON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S, INC.; and DOES I-X, <br><br> Defendants. | **JOINT STIPULATED NOTICE OF SETTLEMENT** <br><br><br> Civil No. 4:18-cv-00040-DN-DBP <br><br> District Judge David Nuffer <br> Magistrate Judge Dustin B. Pead |

The parties, by and through counsel, hereby provide notice that the above-captioned action settled at meditation on September 23, 2022. The parties stipulate that the jury trial scheduled to begin on November 7, 2022, and all other hearing dates in this matter, may be canceled. The parties anticipate filing formal dismissal documents with the court within sixty days.

DATED this 26th day of September, 2022.

/s/ David A. Cutt
David A. Cutt
CUTT KENDELL & OLSON
*Attorneys for Plaintiff Zane Stratton*

/s/ *Anthony Pisciotti*
Anthony M. Pisciotti [*Pro Hac Vice*]
Danny C. Lallis [*Pro Hac Vice*]
Clifford M. Laney [*Pro Hac Vice*]
PISCIOTTI LALLIS ERDREICH

Jennifer H. Mastrorocco [11206]
GOEBEL ANDERSON PC

*Attorneys for Thompson/Center Arms Co., LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of September, 2022, I caused a true and correct copy of the foregoing to be electronically filed using the PACER electronic filing system, which electronically noticed and served all counsel of record.

/s/ David A. Cutt