David A. Cutt (5937)
Margie G. Coles (16356)
CUTT KENDELL & OLSON
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Phone: 801.366.9100
dcutt@ckolaw.com
mcoles@ckolaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH

| | |
|---|---|
| ZANE STRATTON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>THOMPSON/CENTER ARMS, INC.; SMITH & WESSON CORP.; SMITH & WESSON HOLDING COMPANY; CABELA'S, INC.; and DOES I-X,<br><br>    Defendants. | **STIPULATED NOTICE OF DISMISSAL**<br><br><br>Civil No. 4:18-cv-00040-DN-DBP<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

The parties, by and through counsel, hereby stipulate and agree to the dismissal of all claims and causes of action against remaining Defendant Thompson/Center Arms, Inc. with prejudice, each party to bear their own fees and costs.

DATED this 13th day of December, 2022.

| | |
|---|---|
| /s/ David A. Cutt | /s/ Anthony M. Pisciotti *w/permission of Mr. Pisciotti* |
| David A. Cutt<br>CUTT KENDELL & OLSON<br>*Attorneys for Plaintiff Zane Stratton* | Anthony M. Pisciotti [*Pro Hac Vice*]<br>Danny C. Lallis [*Pro Hac Vice*]<br>Clifford M. Laney [*Pro Hac Vice*]<br>PISCIOTTI LALLIS ERDREICH<br><br>Jennifer H. Mastrorocco [11206]<br>GOEBEL ANDERSON PC<br>*Attorneys for Thompson/Center Arms Co., LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I caused a true and correct copy of the foregoing to be electronically filed using the PACER electronic filing system, which electronically noticed and served all counsel of record.

/s/ David A. Cutt